within the State was sufficient to give our courts jurisdiction.

*John S. Montgomery* for appellant.

*H. H. Nordlinger* and *Harold Riegelman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., POUND, CRANE, ANDREWS and LEHMAN, JJ. Dissenting: CARDOZO and MCLAUGHLIN, JJ.

---

ESTHER JENKINS, Appellant, *v.* BLACKSTONE MOTOR Co., INC., Respondent.

*Contract — sale — false representations — action to recover first payment on conditional sale on ground it was induced by false representations.*

*Jenkins* v. *Blackstone Motor Co., Inc.*, 216 App. Div. 583, affirmed. (Submitted October 22, 1926; decided November 16, 1926.)

APPEAL from a judgment, entered May 14, 1926, upon an order of the Appellate Division of the Supreme Court in the third judicial department, reversing a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury and directing a dismissal of the complaint. The action was brought to recover $800, the first payment made on a conditional sales contract under which defendant agreed to sell and the plaintiff to buy a brougham automobile, and under which said automobile was subsequently retaken by the defendant. The complaint alleged that the contract was induced by false and fraudulent representations made to the plaintiff by defendant's agent.

*Thomas J. Mangan* for appellant.

*Mack W. Terry, H. F. Nehlsen* and *C. L. Chamberlain* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.